UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

**In Re: Application for Exemption from the Electronic Public Access Fees by Alexander Viets**

### ORDER GRANTING PACER FEE WAIVER

On July 7, 2024, Alexander Viets, researcher associated with an educational institution, filed a request for a local PACER fee exemption for three months to access 96,684 patent litigation cases and their impact on the performance outcomes of U.S. Companies..

Consistent with the policy established by the Judicial Conference of the United States, the court may, upon a showing of cause, grant a PACER fee exemption to individual researchers associated with an educational institution. The individuals requesting the exemption must establish that the exemption is necessary to avoid an unreasonable burden and to promote public access to the information sought.

Subject to the restrictions listed below, I find that Mr. Viets has shown cause to justify the requested PACER fee exemption and that an exemption is necessary in order to avoid an unreasonable burden and to promote public access of this district's case information.

Accordingly, Mr. Viets shall be exempt from the payment of fees for access via PACER to the electronic case files maintained in this court. Mr. Viets shall not be exempt from the payment of fees incurred in connection with other uses of the PACER system in this court. Additionally, the following limitations apply:

1. This fee exemption applies only to Mr. Viets and is valid for the purposes stated above;

2. This fee exemption applies only to the electronic case files of this court that are available through the PACER system;

3. By accepting this exemption, Mr. Viets agrees not to (a) sell for profit any data obtained as a result of receiving this exemption, or (b) transfer any data or documents obtained as a result of a fee exemption unless expressly authorized by the court; and

4. This exemption shall be valid from this date through September 30, 2024, when it will expire unless extended upon request for good cause shown.

This exemption may be revoked at the discretion of the court at any time. A copy of this order shall be sent to the PACER Service Center.

SO ORDERED.

Dated at Burlington, in the District of Vermont, this 12th day of July, 2024.

Geoffrey W. Crawford, Chief Judge
U. S. District Court